_____ FILED       _____ ENTERED
_____ LODGED      _____ RECEIVED

**DEC 0 9 2010**   RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



**10-CV-01985-CMP**

# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

BOEING EMPLOYEE'S CREDIT UNION    )

              Plaintiff,            )

v.                                   )

JOICE LENG and TONY BROWN,      )
                 Defendant(s).      )

_____ )

No. **C10-1985** TSZ

VERIFIED NOTICE OF REMOVAL OF:
SUPERIOR COURT OF WASHINGTON
IN AND FOR KING COUNTY
CASE NO. 10-2-23288-5 KNT

**JURY TRIAL DEMANDED**

## NOTICE OF REMOVAL

Defendant(s)/Affiant(s): JOICE LENG and TONY BROWN, of <u>4207 S 223rd St Unit #104, KENT,WA 98032,</u>HEREBY states that I am of legal age and competent to state on belief and personal knowledge the facts set forth herein as duly noted below are true, correct, complete and presented in good faith for REMOVAL OF: SUPERIOR COURT OF WASHINGTON IN AND FOR KING COUNTY CASE NO.: 10-2-40855-0 KNT  to **THE FEDERAL DISTRICT COURT FOR WESTERN DISTRICT OF WASHINGTON** regarding an UNLAWFUL DETAINER action brought by Plaintiff, BOEING EMPLOYEE'S CREDIT UNION (hereinafter "BECU"), jointly and severally, resulting from an alleged foreclosure sale and alleged purchase of property belonging to

VERIFIED NOTICE OF REMOVAL

**Joice Leng, Plaintiff**
**4207 S. 223rd Street, Unit #104**
**Kent, WA 98032**

Page 1 of 8

Defendant(s):

## DECLARATION

Defendant(s) does hereby declare *ultra vires*, the claims of BECU, Plaintiff, in association with BECU Recovery Department, and/or NEWMAN & NEWMAN, ATTORNEYS AT LAW, **LLP,** and all other known and unknown participants, et al, for apparent involvement of fraudulent activity, conspiracy to commit fraud, violation of civil rights, denial of due process of law and equal protection under the law with all actions void and *ultra vires*.

## VENUE AND JURISDICTION

1. Venue in this matter is correct, as the subject property is located in **Kent, Washington**, hereinafter referred to as "Subject Property" also known as **4207 S 223rd St Unit #104, Kent, WA 98032**. The Subject Property has a tax identification number as Assessor's Parcel Number **8582850340**.

2. The jurisdiction of this Court to hear this claim is per Title 28 USC § 1331, Federal Question; and the Constitution for the United States of America, Artle III, §§ 1,2.

3. Defendants are private inhabitants in Washington state.

4. The Amount in controversy exceeds $75,000.00.

5. Revised Code of Washington.

6. Jurisdiction is also arises under 42 USC § 1983 et seq., and Constitution for the United States of America and in particular the 7th amendment for deprivation of rights as this is a "suit at common law".

VERIFIED NOTICE OF REMOVAL

**Joice Leng, Plaintiff**
**4207 S. 223rd Street, Unit #104**
**Kent, WA 98032**

7. Defendants are unschooled in law and proceeding without assistance of counsel in propria persona requesting the court accept direction from *Haines v. Kerner*, 404 U.S. 519 (1972), *Boag v. MacDougall*, 545 US 360 (1982), *Puckett v. Cox* 456 F2d 233 (1972 Sixth Circuit USCA), and *Conely v. Gibson*, 355 US 41 at 48(1957), wherein the court has directed those who are unschooled in law making pleadings shall have the court look to the substance of the pleadings rather than the form.

8. This case arises under Article 4, section 4 of the national Constitution as Defendants is denied access to the republican form of government of The state of Washington as hereinafter more fully appears.

# PARTIES

9. JOICE LENG and TONY BROWN, Owners of the Premises located at **4207 S 223rd St Unit #104, Kent, WA 98032** are Defendants.

10. BOEING EMPLOYEES CREDIT UNION whose principal place of business is 12770 Gateway Drive, Tukwila, WA 98168;

# BACKGROUND

**Original State Court Action:**

On or about December 4, 2010, a civil action for UNLAWFUL DETAINER was served on Defendant with a case number 10-2-40855-0 KNT assigned to be heard in the SUPERIOR COURT FOR THE STATE OF WASHINGTON IN AND FOR KING COUNTY at the request of BECU,

VERIFIED NOTICE OF REMOVAL

Page 3 of 8

1  Plaintiff, through Its counsel, vs. above said Defendant(s). A copy of all process, pleadings and

2  orders served upon the Defendant(s) and/or filed in the state court action are attached as

3  Exhibits "**A**" to be incorporated herein.

4

5

6  ## SUBSTANTIVE BASIS FOR REMOVAL

7  Defendants bases this removal on 28 USC §§ 1331, 1332(4), 1603(a); 28 USC § 1441; and, 18

8  USC § 1962. Section 1441 of Title 28 provides that civil actions, brought in state court based on

9  claims arising under federal law over which the district courts of the Untied States have

10  original jurisdiction may be removed to the local district court. 28 USC § 1441(a), (b). Title 28 §

11

12  1331 provides that the district courts have original jurisdiction over all civil actions "arising

13  under the Constitution, laws or treaties of the United States." 28 USC §1331. Removal

14  jurisdiction based on a federal question is determined from the complaint as it exists at the

15  time of the removal. *Libhart v. Santa Monica Dairy Co., 592 F.2d 1062, 1065 (9th Cir. 1979).*

16  Removal is proper so long as the federal question is substantial and identifiable. *James v.*

17  *Belloti, 733 F.2d 989, 992 (1st Cir. 1984).* A defendant in state court thus has the right to remove

18  a case to federal court in the district where the state court proceedings are pending if the case

19

20  could have been filed originally in federal court (i.e., federal question grounds). 28 UCS §

21  1441(b). Where removal is properly effected, the district court may exercise pendent

22  jurisdiction over state law that "arise out of a common nucleus of operative fact." *United Mine*

23  *Workers v. Gibbs,* 383 U.S.  715, 725, 86 S.Ct. 1130, 1138, 16 L.Ed.2d 218 (1966) (doctrine of

24  pendent jurisdiction permits district court to adjudicate factually related state claims). This is a

25

26  civil action over which this Court has original jurisdiction pursuant to 28 USC § 1331.

VERIFIED NOTICE OF REMOVAL

**Joice Leng, Plaintiff**
**4207 S. 223rd Street, Unit #104**
**Kent, WA 98032**

Page  4 of 8

1    **Procedural Requirements for Removal.** The procedural requirements for removal have

2    been met, see 28 USC § 1446. Plaintiff: BOEING EMPLOYEE'S CREDIT UNION received service

3    of this notice for removal, which is timely under 28 USC § 1446(b). The Verified Notice of

4    Removal was filed by Defendant(s) in the state court action pursuant to 28 USC § 1446(d). The

5    best of the Defendant's knowledge and belief, no other records or proceedings are filed with

6    the state court, that are applicable other than those submitted as exhibits herein. This notice is

7    certified by Defendants pursuant to Fed. R. Civ. P. 11 and 28 USC § 1446(a).

8

9

10                                    **GROUNDS FOR REMOVAL**

11

12   Defendants states removal of BOEING EMPLOYEE'S CREDIT UNION v. JOICE LENG and TONY

13   BROWN, cause no. 10-2-40855-0 KNT, in the SUPERIOR COURT OF WASHINGTON IN AND FOR

14   KING COUNTY is on the following grounds:

15   **FEDERAL QUESTIONS:** The Plaintiffs bring this matter forth to this Court on the grounds of

16   Federal Questions relating to violations of civil rights, constitutional matters, fraud in various

17   matters of accounting pursuant to GAAP, violations of RESPA, TILA and Predatory Lending

18   Violations, issues of securitization and then procedural issues and matters in regards to loan

19   origination, recordation of documents, notarization, authority of signatories, assignments,

20   appointments, notices, trustee's sale and trustee's deed.

21

22

23                                **NOTICE: DUTY OF STATE COURT**

24

25   The Superior Court of Washington for King and the officers thereof, are subject to the duty(s)

26

VERIFIED NOTICE OF REMOVAL                                    **Joice Leng, Plaintiff**
                                                      **4207 S. 223rd Street, Unit #104**
                                                                    **Kent, WA 98032**
Page  5 of 8

1   required in Law as defined at 28 USC 1446(d). The clerk of said court shall effect the removal

2   of its case **#10-2-40855-0 KNT** to the UNITED STATES DISTRICT COURT FOR THE WESTERN

3   DISTRICT OF WASHINGTON, and proceed no further unless and until the case is remanded.

4
### POINTS AND AUTHORITIES
5

6   "Removal to a federal court halts all further proceedings in state court, which thereon
    loses jurisdiction unless and until the case is remanded." _Styers v. Pico, Inc._ 233 SE 2nd.
7   656.

8   "Upon the filing and service of a verified petition for removal by a defendant. . . the state
    court loses jurisdiction over the prosecution and jurisdiction lies only with the federal
9   court unless and until the case is remanded back to the state court. _Chesimard v.
    Kuhlthau,_ 370 F. Supp. 473.

10  "Once removal procedure has been carried out, action in the state court is automatically
    stayed and any proceedings prior to [the] federal remand order are absolutely void,
11  despite subsequent determinations the removal petition was ineffective." _Vendetti v.
    Schuster,_ 242 F. Supp. 746.
12

13      WHEREFORE, the state action filed under cause no. **10-2-23288-5 KNT** in the

14  SUPERIOR COURT FOR THE STATE OF WASHINGTON IN AND FOR KING COUNTY is hereby

15  removed to the UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF

16
    WASHINGTON.
17

18      Defendants finally petitions this court to dismiss the state action referenced with

19  prejudice, in the interest of justice, with leave reserved by Defendants amend for fees, costs,

20  and proposed sanctions in addition to supporting case law or briefs to support or expound

21  upon position asserted to provide This Court with guidance in rendering a decision.

22  Respectfully submitted,

23  Respectfully Submitted, **December  8 **, 2010.

24
    ///
25

26

VERIFIED NOTICE OF REMOVAL

**Joice Leng, Plaintiff**
**4207 S. 223rd Street, Unit #104**
**Kent, WA 98032**

1

## VERIFICATION

2

3  I, the under signed Defendant(s)/Affiant(s), do affirm and believe the above pleading and

4  contents to be true, correct, complete, not misleading, and do believe the above stated facts

5  have been committed contrary to law,

6  Dated: December 8th, 2010,

7                    Respectfully Submitted for: **JOICE LENG**

8                                   BY: _____

9                                          Defendant/Affiant

10                   Respectfully Submitted for: **TONY BROWN**

11

12                                   BY: _____

13                                          Defendant/Affiant

14                                      **JURAT**

15  I melissa D Wagner a Notary Public certify that I know or have satisfactory

16  evidence that **JOICE LENG and TONY BROWN** appeared before me, and signed this

17  instrument and acknowledged it to be free and voluntary act for the uses and purposes

18  mentioned in the instrument.

19  I certify under PENALTY OF PERJURY under the laws of the State of Washington, County of

20  Pierce _____ that the foregoing paragraph is true and correct.

21  12/8/2010

22  DATED:

23  Melissa D W

24  Notary Public melissa D Wagner

25  My appointment expires 3-16-14

26

ANSWER, AFFIRMATIVE DEFENSES                          **Joice Leng, Plaintiff**
AND NOTICE OF COUNTERCLAIM;                     **4207 S. 223rd Street, Unit #104**
RESPONSE TO MOTION TO ORDER TO                        **Kent, WA 98032**
SHOW CAUSE
Page 7 of 8

# ATTACHED EXHIBITS

1. **Exhibit "A"    ALL STATE COURT PLEADINGS**

# EXHIBIT "A" ATTACHED

# (HEREUNDER)

1

2

3

4

5

6

7

8

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING**

9

10

11

12

13

14

| | |
|---|---|
| BOEING EMPLOYEES' CREDIT UNION, | Case No.  10-2-40855-0 KNT |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JOICE LENG and TONY BROWN, wife and husband; and UNKNOWN OCCUPANTS, | |
| Defendants. | |

15   The undersigned hereby certifies that on this 3rd day of December, 2010, I caused the

16   foregoing **ORDER TO SHOW CAUSE, NOTE FOR MOTION, MOTION FOR WRIT OF**

17   **RESTITUTION, DECLARATION OF KEITH SCULLY, and WRIT OF RESTITUTION**

18   to be served via the method(s) listed below on the following parties:

19

20   **Via Messenger to:**

21   Joice Leng
     4207 S. 223rd Street # 104

22   Kent, WA  98032

23   Tony Brown
     4207 S. 223rd Street # 104

24   Kent, WA  98032

25   I certify under penalty of perjury under the laws of the United States and the State of Washington

26   that the foregoing is true and correct and that this certificate was executed on December 3, 2010,

27   at Seattle, Washington.

28   _____
     Sarah Skaggs

CERTIFICATE OF SERVICE - 1

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

EXP06

FILED

10 DEC -1 PM 2:08

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

1

2

3

4

5

6

7 **IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**IN AND FOR THE COUNTY OF KING**

8

9 | BOEING EMPLOYEES' CREDIT UNION, | Case No.  10-2-40855-0 KNT |

10 | Plaintiff, | ORDER TO SHOW CAUSE |

11

12 | v. | |

13 | JOICE LENG and TONY BROWN, wife and husband; and UNKNOWN OCCUPANTS, | [CLERK'S ACTION REQUIRED] |

14

15 | Defendants. | |

16

17     This matter came on for hearing before the undersigned Judge/Court

18 Commissioner of the King County Superior Court at Kent on the Motion of the Plaintiff

19 for an Order to Show Cause why a Writ of Restitution should not be issued by the Court

20 and the additional relief requested in the Complaint should not be granted. The Court,

21 having reviewed the files and records herein, having read and considered the Plaintiff's

22 Motion and deeming itself fully advised, now, therefore, IT IS HEREBY:

23     ORDERED that the Defendants herein, Joice Leng and Tony Brown, and any and

24 all Occupants of the Property, shall appear before this Court, located at King County

25 Superior Court, Kent Regional Justice Center, 401 4th Avenue North, Rm IJ, Kent, WA

26 98032-4429, on December 17, 2010, at 9:30 a.m., to show cause why a Writ of

27 Restitution should not be issued, restoring possession to the plaintiff of the real property

28

ORDER TO SHOW CAUSE - 1

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

1201 Third Avenue. Suite 1600
Seattle, Washington 98101
(206) 274-2800

1   located at 4207 S 223rd Street, Kent, WA, and granting the other relief requested in the

2   Plaintiff's Complaint for Unlawful Detainer.

3        IT IS FURTHER ORDERED that, on failure of the Defendants to appear and

4   show cause on the date and time specified above, this Court will order the Sheriff of King

5   County to restore possession of the subject property to the Plaintiff and grant the other

6   relief requested in the Plaintiffs' Complaint for Unlawful Detainer.

7        DONE in this Court this 12/1 day of 2010.

8

9

10      JUDGE/COURT COMMISSIONER

11

12  Presented by:

13  NEWMAN & NEWMAN,
    ATTORNEYS AT LAW, LLP

14

15  By:

16  John Du Wors, WSBA No. 33987
    Keith Scully, WSBA No. 28677

17  Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE - 2

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**FOR THE COUNTY OF KING**

| | |
|---|---|
| BOEING EMPLOYEES' CREDIT UNION,<br>Plaintiff,<br><br>v.<br><br>JOICE LENG and TONY BROWN, wife and husband; and<br>UNKNOWN OCCUPANTS,<br>Defendants. | NO. 10-2-40855-0 KNT<br>**NOTE FOR MOTION DOCKET**<br>**KENT REGIONAL JUSTICE CENTER ONLY**<br>(Clerk's Action Required )   (NTMTDK) |

**TO:** **THE CLERK OF THE COURT** and to all other parties listed on Page 2:
**PLEASE TAKE NOTICE** that an issue of law in this case will be heard on the date below and the Clerk is directed to note this issue on the calendar checked below.

**Calendar Date:** December 17, 2010          Day of Week: Friday

**Nature of Motion:** SHOW CAUSE HEARING AND MOTION FOR WRIT OF RESTITUTION

---

**EX PARTE MOTIONS [LCR 7(b)(3)(D) - RJC Room 1J**
The original of this notice must be filed at the Clerk's Office **not less than six court days** prior to the requested hearing date for these calendars. Motions are scheduled **9:00-11:30 a.m. in Courtroom 1J** (except as indicated):
[ x] Eviction          Hearing Time: 9:30 a.m.                    [ ] Other Ex Parte Motion.   Hearing Time:_____

The original of this notice must be filed at the Clerk's Office **not less than fourteen calendar days** prior to requested hearing date - *Deliver Working Papers (on accountings, contested or complex cases) to the Judges Mailroom 2D at RJC.*
*Ex Parte hearings do not require confirmation.*

[ ] Adoption Final Hrg.          Hearing Time: 1:30 p.m. (LCR 93.04)
[ ] Final Decree          [ ] Atty to Appear Hearing Time: _____          [ ] No Attorney Hearing Time: 1:30 p.m.
[ ] Probate/Grdnshp          Hearing Time: 10:30 a.m. (LCR 98.04, 98.16, 98.20)

---

**FAMILY LAW MOTIONS [LFLR 6] - RJC in 1F or 1G**
The original of this notice must be filed at the Clerk's Office **not less than fourteen calendar days** prior to the requested hearing date, except for Summary Judgment Motions (to be filed with Clerk 28 days in advance). ***Must confirm at (206) 205-2550 (LFLR 6)**.* Deliver Commissioner's copies to A1222 RJC. *SEE PAGE 2 FOR IMPORTANT NOTICE!*
[ ] Domestic Motion 9:00 a.m. daily
[ ] Sealed File Motion 1:30 p.m. Mon, Wed, Thur, Fri
[ ] Parenting Plan Modification (threshold) 1:30 p.m. Mon, Wed, Thur, Fri

---

You may list an address that is not your residential address where you agree to accept legal documents.

Sign: _____          Print/Type Name: Keith Scully_____
WSBA # 28677 (if attorney)          Attorney for: Plaintiff_____
Address: 1201 Third Avenue, Suite 1600          City, State, Zip Seattle, WA  98101
Telephone: (206) 274-2800          Date: December 3, 2010

Party requesting hearing must file motion & affidavits separately along with this notice. List names, addresses and telephone numbers of all parties requiring notice, (including Guardian Ad Litem) on page 2. Serve a copy of this notice of hearing, with motion documents, on all parties.

**DO NOT USE THIS FORM TO SET HEARINGS BEFORE CHIEF CIVIL JUDGE OR THE ASSIGNED JUDGE FOR THE CASE.**

LIST NAMES AND SERVICE ADDRESSES FOR ALL NECESSARY PARTIES REQUIRING NOTICE

Name Joice Leng
Service Address:4207 S. 223rd Street # 104
City, State, Zip Kent, WA  98032
WSBA#_____Atty For: Pro Se
Telephone #:  _____

Name Tony Brown
Service Address: 4207 S. 223rd Street # 104
City, State, Zip Kent, WA  98032
WSBA#_____Atty For: Pro Se
Telephone #:  _____

Name_____
Service Address:_____
City, State, Zip_____
WSBA#_____Atty For:_____
Telephone #:  _____

Name_____
Service Address:_____
City, State, Zip_____
WSBA#_____Atty For:_____
Telephone #:  _____

Name_____
Service Address:_____
City, State, Zip_____
WSBA#_____Atty For:_____
Telephone #:  _____

Name_____
Service Address:_____
City, State, Zip_____
WSBA#_____Atty For:_____
Telephone #:  _____

## IMPORTANT NOTICE REGARDING FAMILY LAW CASES

**IF YOU ARE THE PERSON SCHEDULING THIS MOTION**, you must confirm this hearing by calling the Family Law Motions Coordinators at (206) 205-2550 between 2:30 p.m. and 4:15 p.m. (3) court days before the hearing and between 8:30 a.m. and 12:00 p.m. (noon) two (2) court days prior to the hearing.

**IF YOU OBJECT TO THIS MOTION,** under King County Superior Court Local Family Law Rule 5, your response and accompanying paperwork **must be in writing** and must be delivered, not later than by 12:00 p.m. (noon) of four (4) weekdays (not including court holidays) prior to the hearing to:

1)  the Superior Court Clerk in Room 2C (the originals go to the Clerk);
2)  all parties' attorneys (or directly to any party who does not have an attorney); and,
3)  the Family Law Motions Coordinators in Room A1222.

Any statements of a party or witness must be signed, dated and sworn to under penalty of perjury, and must contain the state and city where signed.

The moving party's reply is due by noon two court days prior to the hearing.  Check-in time is **9:00 a.m.** for morning hearings and **1:15 p.m.** for afternoon hearings.

THIS IS ONLY A PARTIAL SUMMARY OF THE LOCAL RULES.   ALL PARTIES ARE ADVISED TO CONSULT WITH AN ATTORNEY.

The **REGIONAL JUSTICE CENTER** is in Kent, Washington at 401 Fourth Avenue North.

1
2
3
4
5
6
7
8

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING**

9

| | |
|---|---|
| BOEING EMPLOYEES' CREDIT UNION, | Case No.  10-2-40855-0 KNT |
| Plaintiff, | MOTION FOR WRIT OF RESTITUTION |
| v. | |
| JOICE LENG and TONY BROWN, wife and husband; and UNKNOWN OCCUPANTS, | |
| Defendants. | |

### I.   RELIEF REQUESTED AND MOTION

The Plaintiff herein, Boeing Employees' Credit Union, by and through its attorney of record, John Du Wors of Newman & Newman LLP, moves this Court for a writ of restitution restoring possession to the Plaintiff of the real property described as:

> UNIT 5-6, BUILDING 5, OF THE TERRACE AT RIVERVIEW, A CONDOMINIUM RECORDED IN VOLUME 174 OF CONDOMINIUMS, PAGES 60 THROUGH 68, INCLUSIVE, ACCORDING TO THE DECLARATION THEREOF, RECORDED UNDER KING COUNTY RECORDING NO. 2001052302432, AND ANY AMENDMENTS THERETO; SITUATE IN THE CITY OF KENT, COUNTY OF KING, STATE OF WASHINGTON.

Assessor's Property Tax Parcel/Account No. 858285-0340-06, which is more commonly referred to as 4207 S 223rd Street, Kent, WA 98032 (the Subject Property).

MOTION FOR WRIT OF RESTITUTION - 1

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

## II.    STATEMENT OF FACTS

On September 3, 2010, a non-judicial deed of trust foreclosure sale of the Subject Property was held in King County, Washington pursuant to the provisions of RCW 61.24. (December 2, 2010 Declaration of Keith Scully (Scully Decl.) at ¶ 2.)  BECU was the successful bidder at that sale. (*Id.*) Notice to Vacate was provided to the Defendants on September 13, 2010.  (*Id.* at ¶ 4, Att. A.)

The Summons and Complaint in this matter were served on the Defendants on October 11, 2010.  (Scully Decl. at ¶ 5, Att. B.) The Defendants have served but not filed an Answer to the Summons and Complaint. (Scully Decl. at ¶ 6.)

## III.    ISSUE

Whether this court should enter an order for a writ of restitution.

## IV.    EVIDENCE RELIED UPON

- The December 2, 2010 Declaration of Keith Scully
- The files and pleadings in this matter.

## V.    ARGUMENT

**A.    BECU must prove only that they are entitled to possession in order for a writ of restitution to issue.**

RCW 59.12.140 governs proof in actions for unlawful detainer, and provides:

> On the trial of any proceeding for any forcible entry or forcible detainer the plaintiff shall only be required to show, in addition to a forcible entry complained of, that he or she was peaceably in the actual possession at the time of the forcible entry; or, in addition to a forcible detainer complained of, that he or she was entitled to the possession at the time of the forcible detainer.

Here, BECU is the sole owner of the property, and entitled to possession. (Scully Decl. at ¶ 2.)

**B.    BECU provided all required notice.**

An unlawful detainer action commenced as a result of a trustee's sale must comply with the notice requirements of RCW 61.24.040 and RCW 61.24.060.  RCW 59.12.032.

MOTION FOR WRIT OF RESTITUTION - 2

1  BECU has provided the required notice, and is compliant with RCW 61.24.040 and
2  61.24.060. (Scully Decl. at ¶ 3.)

3                    **VI.    PROPOSED WRIT OF RESTITUTION**

4      A proposed Writ of Restitution is attached.

5      DATED this  3rd    day of December, 2010.

6

7

8                                    NEWMAN & NEWMAN,
                                     ATTORNEYS AT LAW, LLP
9

10                          By: _____

11                              John Du Wors, WSBA No. 33987
                                Keith Scully, WSBA No. 28677
12                              Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING**

9
10
11
12
13
14
15

| | |
|---|---|
| BOEING EMPLOYEES' CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>JOICE LENG and TONY BROWN, wife and husband; and UNKNOWN OCCUPANTS,<br><br>Defendants. | Case No.  10-2-40855-0 KNT<br><br>DECLARATION OF KEITH SCULLY |

16
17
18
19
20
21
22
23
24
25
26
27
28

Keith Scully, under penalty of perjury under the laws of the State of Washington, certifies as follows:

1. I am one of the attorneys of record for plaintiff BECU and have personal knowledge of all matters set forth herein.

2. BECU is the owner of the real property described below (the subject property), by virtue of its successful bid at a non-judicial deed of trust foreclosure sale held on September 3, 2010, and the laws of the State of Washington:

UNIT 5-6, BUILDING 5, OF THE TERRACE AT RIVERVIEW, A CONDOMINIUM RECORDED IN VOLUME 174 OF CONDOMINIUMS, PAGES 60 THROUGH 68, INCLUSIVE, ACCORDING TO THE DECLARATION THEREOF, RECORDED UNDER KING COUNTY RECORDING NO. 2001052302432, AND ANY AMENDMENTS THERETO; SITUATE IN THE CITY OF KENT, COUNTY OF KING, STATE OF WASHINGTON.

DECL. KEITH SCULLY - 1

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

1    Assessor's Property Tax Parcel/Account No. 858285-0340-06, which is more

2    commonly referred to as 4207 S 223rd Street, Kent, WA 98032.  The source of my

3    information is a statement from BECU.

4        3.    Prior to the trustee's sale, BECU provided all required notices and is in

5    compliance with RCW 61.24.040 and RCW 61.24.060. The source of my information is a

6    statement from BECU.

7        4.    Notice to vacate was provided to the defendants on September 13, 2010.

8    Attachment A to this declaration is a true and correct copy of the notices to vacate and

9    declaration of service provided to me by BECU.

10        5.    Attachment B to this declaration is a true and correct copy of the

11    declaration of service of Summons and Complaint for Unlawful Detainer of process

12    server R. Marlow.

13        6.    The Defendants have served but not filed an Answer to the Summons and

14    Complaint.

15        I certify and declare under the penalty of perjury under the laws of the State of

16    Washington that to my knowledge the foregoing is true and correct.

17        Executed this 2nd day of December, 2010, at Seattle, Washington.

18

19

20    _____

21    Keith Scully

22

23

24

25

26

27

28

DECL. KEITH SCULLY - 2

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

# Exhibit A

# NOTICE TO VACATE

The property located at 4207 S 223rd St, #104, , Kent, WA 98032 was purchased at a trustee's sale by Boeing Employees' Credit Union on September 3, 2010.

1. If you are the previous owner or an occupant who is not a tenant of the property that was purchased, pursuant to RCW 61.24.060, the purchaser at the trustee's sale is entitled to possession of the property on September 23, 2010, which is the twentieth day following the sale.

In the event that you have not vacated the premises by the above date, BECU will commence an unlawful detainer proceeding against you. Please note that BECU is not required to provide any further notice before commencing such action.

2. If you are a bona-fide tenant or subtenant in possession of the property that was purchased, the purchaser at the trustee's sale may either give you a new rental agreement OR give you a written notice to vacate the property in sixty days or more before the end of the monthly rental period.

If you have any questions regarding this notice, contact the BECU Legal/Recovery Department at 206-805-5630.

In Re the Non-Judicial Deed of Trust
Foreclosure of:

JOICE LENG,

             Grantor.

**DECLARATION OF
MAILING OF NOTICE OF
NOTICE TO VACATE**

The undersigned declares:

That on the _13_ day of September, 2010, pursuant to RCW 61.24.070, this declarant caused to be mailed the NOTICE TO VACATE, by both first class and certified mail, return receipt requested, to the following:

Joice Leng.
4207 S 223rd St, #104
Kent, WA 98032

Tony Brown
4207 S 223rd St, #104
Kent, WA 98032

Occupants
4207 S 223rd St, #104
Kent, WA 98032

I hereby declare (or certify) under penalty of perjury under the law of the State of Washington that the foregoing is true and correct.

Dated this _13_ of September, 2010, at Tukwila, Washington.

Joice Leng
4207 S 223rd St, #104
Kent, WA 98032
NOTICE TO VACATE

OCCUPANTS
4207 S 223rd St, #104
Kent, WA 98032
NOTICE TO VACATE LANG Joice

91 7108 2133 3937 0446 6665

91 7108 2133 3937 0446 6658

Tony Brown
4207 S 223rd St, #104
Kent, WA 98032
NOTICE TO VACATE Leng Joice

91 7108 2133 3937 0446 6641

# Exhibit B

# SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

| | |
|---|---|
| **BOEING EMPLOYEES' CREDIT UNION**<br>Plaintiff / Petitioner | Cause #: |
| | **Declaration of Service of:**<br>SUMMONS AND COMPLAINT FOR UNLAWFUL DETAINER |
| **VS.**<br>**JOICE LENG AND TONY BROWN, WIFE AND HUSBAND; ET AL**<br>Defendant / Respondent | |
| | Hearing Date:  **Oct 20 2010** |

**Declaration:**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of     **Oct 11 2010 11:56AM**

at the address of     **4207 S 223RD ST  #104 KENT**

within the County of     **KING**       State of    **WASHINGTON**

the declarant duly served the above described documents upon

**JOICE LENG and TONY BROWN UNKNOWN OCCUPANTS**

by then and there personally delivering    **3**    true and correct copy(ies) thereof, by then presenting to and leaving the same with

**JOICE LENG  An Asian female approx. 35-40 years of age 5'0"-5'2" in height weighing 100-120 lbs with brown hair**

a person of suitable age and discretion residing at the defendant's/respondent's usual place of abode listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.
Dated:   October 11, 2010 at Seattle, WA

by _____
            **R. Marlow   9404737**

The documents listed above were served in accordance with RCW 4.28.080 and/or client instructions. If service was substituted on another person or left with a person that refused to identify themselves, it is incumbent upon the client to notify ABC Legal Services, Inc. immediately in writing if further attempts to serve, serve by mail, or investigate are required. If service was substituted on another person, pursuant to RCW 4.28.080 (16), service shall be complete on the tenth day after a copy of the documents are mailed to the subject at the address where service was made. Documents were not mailed by ABC Legal Services, Inc.

| Service Notes: |
|---|
| **10/07/2010 11:42: No Answer at the door** |
| |

| | | | | | |
|---|---|---|---|---|---|
| Documents: | 40.00 | Secretarial: | 0.00 | Other: | 0.00 |
| Travel: | 0.00 | Postage: | 0.00 | Total: | 40.00 |
| Invalid Address ( 0 ) | 0.00 | Photo: | 0.00 | Pre-Paid Retainer: | 0.00 |
| Proof Preparation: | 0.00 | Rush / Special: | 0.00 | **AMOUNT DUE** | **40.00** |
| Summons Copy: | 0.00 | Wait / Stake Out Time: | 0.00 | | |

Client Ref.: **BECU V. JOICE LENG U.D.**
BECU - Foreclosures
PO BOX 97050, MS 1155-1
Seattle, WA   98124
206 812-5133

**CLIENT COPY**
**PROOF OF SERVICE**

Page 1 of 1



ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
Tracking #: **4668687**

1

2

3

4

5

6

7

8

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING**

9

10

BOEING EMPLOYEES' CREDIT UNION,

| | |
|---|---|
| Plaintiff, | Case No.  10-2-40855-0 KNT |
| | [PROPOSED] |
| v. | WRIT OF RESTITUTION |

JOICE LENG and TONY BROWN, wife and husband; and UNKNOWN OCCUPANTS,

Defendants.

11

12

13

14

15

16

TO:   The Sheriff of King County        )
        STATE OF WASHINGTON        ) ss
        KING COUNTY                        )

17

18

19        WHEREAS, on  December 17, 2010, on the motion of the attorneys for the

20   Plaintiff herein, the Honorable _____ , one of the Judges/Court Commissioners

21   of this Court, signed an Order for Writ of Restitution, restoring the possession of the

22   below described real property (the subject property) to the Plaintiff in the manner

23   provided by law:

24        UNIT 5-6, BUILDING 5, OF THE TERRACE AT RIVERVIEW, A
       CONDOMINIUM  RECORDED  IN  VOLUME  174  OF

25   CONDOMINIUMS,  PAGES  60  THROUGH  68,  INCLUSIVE,
       ACCORDING  TO  THE  DECLARATION  THEREOF,  RECORDED

26   UNDER KING COUNTY RECORDING NO. 2001052302432, AND
       ANY AMENDMENTS THERETO; SITUATE IN THE CITY OF KENT,

27   COUNTY OF KING, STATE OF WASHINGTON.

28

WRIT OF RESTITUTION - 1

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

1       Assessor's Property Tax Parcel/Account No. 858285-0340-06, which is more

2  commonly referred to as 4207 S 223rd Street, Kent, WA 98032.

3       WHEREAS this Writ of Restitution shall expire twenty days from the date of

4  issuance,

5       NOW, THEREFORE, you, the said Sheriff, are hereby commanded to deliver

6  possession of the subject property to the Plaintiff, and to make return of this Writ twenty

7  days from its issuance. You, the said Sheriff, may break and enter the subject property if

8  necessary to affect this Writ. Said Sheriff shall carry out the Writ without a bond or need

9  for indemnity. Should you not be able to fully deliver possession of the described

10  premises within 20 days of this Writ's issuance then this Writ of Restitution will

11  automatically be renewed for an additional 20 days without further order of the Court,

12  and you will have that additional time in which to restore possession of the premises to

13  the Plaintiff.

14       Dated this _____ day of _____, 2010.

15

16                             _____

17                             JUDGE/COURT COMMISSIONER

18                             _____, Clerk of the
                           Superior Court for King County, Washington:

19

20                             By: _____
                           Deputy Clerk

21

22  Presented by:

23  **Newman & Newman,**

24  **Attorneys at Law, LLP**

25    By: _____

26  Keith Scully, WSBA No. 28677

27  John Du Wors, WSBA No. 33987

28  Attorneys for Plaintiff

WRIT OF RESTITUTION - 2                  NEWMAN & NEWMAN,     1201 Third Avenue, Suite 1600
                                        ATTORNEYS AT LAW, LLP     Seattle, Washington 98101
                                                       (206) 274-2800

1
2
3
4
5
6
7
8

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING**

9

| | |
|---|---|
| BOEING EMPLOYEES' CREDIT UNION, | Case No.  10-2-40855-0 KNT |
| Plaintiff, | REQUEST FOR STORAGE OF PERSONAL PROPERTY |
| v. | |
| JOICE LENG and TONY BROWN, wife and husband; and UNKNOWN OCCUPANTS, | |
| Defendants. | |

10
11
12
13
14
15
16

I/We hereby request the landlord to store our personal property. I/We understand that I/We are responsible for the actual or reasonable costs of moving and storing the property, whichever is less. If I/We fail to pay these costs, the landlord may sell or dispose of the property pursuant to and within the time frame permitted under RCW 59.18.312 (3).

Any notice of sale required under RCW 59.18.312(3) must be sent to the tenants at the following address:

17
18
19
20
21
22
23
24

_____

25

_____

26

_____

27
28

| | | |
|---|---|---|
| REQUEST FOR STORAGE OF PERSONAL PROPERTY - 1 | NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP | 1201 Third Avenue, Suite 1600 Seattle, Washington 98101 (206) 274-2800 |

1      IF NO ADDRESS IS PROVIDED, NOTICE OF SALE WILL BE SENT TO THE

2  LAST KNOWN ADDRESS OF THE TENANT(S).

3      DATED: _____ _

4

5                                _____
                              Tenant (print name)

6                                _____

7                                Tenant (print name)

8                                _____
                              Tenant (print name)

9      This notice may be delivered or mailed to the landlord or the landlord's

10  representative at:

11

12            Newman & Newman LLP (Landlord's Representative)
          1201 Third Ave., Ste 1600

13            Seattle, WA 98101
          PHONE: (206) 274 2800

14      This notice may also be served by facsimile to the landlord or the landlord's

15  representative at:

16

17            (206) 274 2801 (facsimile)

18                         **IMPORTANT**

19  **IF YOU WANT YOUR LANDLORD TO STORE YOUR PROPERTY, THIS
WRITTEN REQUEST MUST BE RECEIVED BY THE LANDLORD NO LATER**

20  **THAN THREE (3) DAYS AFTER THE SHERIFF SERVES THE WRIT OF
RESTITUTION. YOU SHOULD RETAIN PROOF OF SERVICE.**

21

22

23

24

25

26

27

28

REQUEST FOR STORAGE OF PERSONAL
PROPERTY - 2
          **NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**
          1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800