10-CV-01985-LTR



# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOICE LENG and TONY BROWN, | No. C10-1985 TSZ |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| BOEING EMPLOYEE'S CREDIT UNION | |
| Defendant. | |

I, Melissa D Wagner, at the request of Plaintiff: **LENG and BROWN** personally served a copy of the following documents:

1. SUMMONS

2. VERIFIED COMPLAINT FOR QUIET TITLE W/EXHIBITS attached

3. NOTICE OF CONSTITUTIONAL CHALLENGE

To the Plaintiff: BOEING EMPLOYEE'S CREDIT UNION

at:   12770 Gateway Drive
      Tukwila, WA 98168

on December 9th, 2010.

CERTIFICATE OF SERVICE

Joice Leng, Plaintiff
4207 S. 223rd Street, Unit #104
Kent, WA 98032

Page 1 of 2

1
2          Signature: _Melissa L_____
3
4  I ____DJ Wilson_____ a Notary Public certify that I know or have satisfactory evidence
5  that __Melissa D. Wagner__ appeared before me, and signed this instrument and
6  acknowledged it to be free and voluntary act for the uses and purposes mentioned in the instrument.
7  I certify under PENALTY OF PERJURY under the laws of the State of Washington, County of
8  ____King_____ that the foregoing paragraph is true and correct.
9  ___12/16/10_____
10 DATED:
11
12 __DJ Wilson_____    SEAL  [Notary Seal: DJ WILSON, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES JULY 10, 2012]
   Notary Public
13 My appointment expires __7/10/12_____
14
15
16
17
18
19
20
21
22
23
24
25
26

CERTIFICATE OF SERVICE                                    Joice Leng, Plaintiff
                                                   4207 S. 223rd Street, Unit #104
                                                                Kent, WA 98032
Page 2 of 2

